# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

DENISE FRAN WOODS,　　　　　　　　　　Case No. 07-11864-RGM
　　　　　　　　　　　　　　　　　　　　(Chapter 7)
　　　　Debtor.

## MEMORANDUM OPINION

THIS CASE is before the court on the debtor's motion to reopen the case. The debtor supplemented her request which explains her confusion and stress. The statement, however, does not address counsel's responsibility to maintain a tickle system and properly utilize it to assure that the certificate of debtor education is timely filed with the court. Counsel's failure will not in the future be grounds to reopen a case.

In the future, the debtor must have an adequate explanation for the debtor's failure to comply and counsel must have an adequate explanation for his failure to follow-up with the requirement. Counsel must have a tickle system in effect and must fully utilize it to assure that the deadlines are not overlooked.

DONE at Alexandria, Virginia, this 7th day of April, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Robert G. Mayer
　　　　　　　　　　　　　　　　　　　　Robert G. Mayer
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Copy electronically to:

John D. Sawyer
Robert O. Tyler　　　　　　　　　　　　　　　　　　　　　　　　　　　14170